947 A.2d 709

TRIBUNE–REVIEW PUBLISHING COMPANY,
A Pennsylvania Corporation, and Andrew
Conte, an Individual, Petitioners

v.

Leonard BODACK, In his Official Capacity as Member of Pittsburgh City Council, Barbara Burns, In her Official Capacity as Member of Pittsburgh City Council, and The City of Pittsburgh, a Municipal Corporation, Respondents.

Supreme Court of Pennsylvania.

April 22, 2008.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of April, 2008, the Petition for Allowance of Appeal is hereby **GRANTED**. The issues, as stated by petitioners, are:

1. Are itemized cellular telephone bills of an agency open for public inspection under the Right to Know Act?

2. Do the personal security and privacy exceptions in the Right to Know Act create legal defenses to access that need not be supported with substantial evidence?